# Court of Appeals
# of the State of Georgia

ATLANTA,__January 18, 2017_____

*The Court of Appeals hereby passes the following order:*

**A16A1636. FREEMAN v. THE STATE.**

David Justin Freeman has appealed to this Court from his misdemeanor conviction for disorderly conduct, OCGA § 16-11-39 (a) (1). Before the trial court, Freeman argued that OCGA § 16-11-39 (a) (1) is unconstitutional in that it is overbroad and that the amended accusation, which charged him with violating the statute by "screaming, shouting or using obscene gestures," violated his First Amendment rights. The trial court denied his demurrer, and rejected his First Amendment argument.

The Supreme Court "has exclusive jurisdiction over all cases involving construction of the Constitution of the State of Georgia and of the United States and all cases in which the constitutionality of a law, ordinance, or constitutional provision has been called into question." *Atlanta Independent School System v. Lane*, 266 Ga. 657 (1) (469 SE2d 22) (1996) (citing Ga. Const. of 1983, Art. VI, Sec. VI, Para. II). Because this case involves a constitutional challenge to a state statute, Freeman's appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__01/18/2017_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*